UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**Shimon Kleinman** individually
and all other similarly situated consumers,

      Plaintiff,

v.

**Northland Group Inc.,**

      Defendant.
_____/

**STIPULATION OF DISMISSAL**

Case No. 1:17-cv-03400-ARR-VMS

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ DEC 26 2017 ★
BROOKLYN OFFICE

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

COMES now plaintiff, and defendant, by and through their undersigned counsel, in the above-titled action and request entry of a Final Order of Dismissal with Prejudice in this matter, each party to bear its own costs and fees, and without prejudice as to the rights of any putative class members, if any.

Dated this 20th day of December 2017.

| | |
|---|---|
| /s/ David Palace | /s/ Aaron R. Easley |
| David Palace, Esq. | Aaron R. Easley, Esq. (ae9922) |
| Law Offices of David Palace | SESSIONS, FISHMAN, NATHAN & ISRAEL |
| 383 Kingston Avenue, #113 | 3 Cross Creek Drive |
| Brooklyn, NY 11213 | Flemington, NJ 08822-4938 |
| Phone: (347) 651-1077 | Phone: 908-237-1660 |
| Fax: (347) 464-0012 | Fax: 908-237-1663 |
| Email: davidpalaceesq@gmail.com | Email: aeasley@sessions-law.biz |
| Attorney for Plaintiff | Attorneys for Defendant |

12/22/17      So Ordered. /s/(ARR)  USDJ